■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY SMITH, Appellant. [627 NYS2d 573] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered March 21, 1988, convicting him of murder in the second degree, burglary in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his guilt beyond a reasonable doubt is unpreserved for appellate review (see, CPL 470.05 [2]), and, in any event, is without merit. Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Further, resolution of issues of credibility of the witnesses, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined

by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Viewed in its totality, we find that the defendant received meaningful representation from his trial counsel *(see, People v Baldi,* 54 NY2d 137).

We have examined the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Rosenblatt, O'Brien and Hart, JJ., concur.